AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>PATRICK LANIER,<br><br>Defendant(s) | )<br>)<br>)  Case No.  19-6513-SELTZER<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 26, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 111 | Assault on a Federal Officer involving physical contact or the intent to commit another felony  gw |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Samantha Whitacre, CGIS
Printed name and title

Sworn to before me and signed in my presence.

Date:  Oct 28, 2019

_____
Judge's signature

City and state:   Fort Lauderdale, Florida

BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT

I, Samantha Whitacre, Special Agent of the United States Coast Guard Investigative Service, (hereinafter, "CGIS"), being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the United States Coast Guard Investigative Service (CGIS), Department of Homeland Security, and have been so employed for one year and 10 months. I am currently assigned to the CGIS Miami Field Office as a Special Agent. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18 of the United States Code that is empowered by law to conduct investigations of and to make arrests for offenses enumerated in the United States Code.

2. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided by other individuals, including law enforcement officials, and my review of records, documents and other physical items obtained during the course of this investigation. I have not included each and every fact known to me or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Patrick Adam Lanier (LANIER) committed an assault of a United States Coast Guard (hereinafter, "USCG") Federal Officer in violation of Title 18, United States Code § 111.

## PROBABLE CAUSE

3. The USCG is a Federal entity within the United States with law enforcement authority and jurisdiction granted by Title 14, United States Code 522 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, for the prevention, detection, and suppression of violations of laws of the United States. For such purposes, commissioned, warrant, and petty officers may at any time go on board of any vessel subject to the jurisdiction, or to the operation of any law, of the United States, address

inquiries to those on board, examine the ship's documents and papers, and examine, inspect, and search the vessel and use all necessary force to compel compliance. When from such inquiries, examination, inspection, or search it appears that a breach of the laws of the United States rendering a person liable to arrest is being, or has been committed, by any person, such person shall be arrested or, if escaping to shore, shall be immediately pursued and arrested on shore, or other lawful and appropriate action shall be taken; or, if it shall appear that a breach of the laws of the United States has been committed so as to render such vessel, or the merchandise, or any part thereof, on board of, or brought into the United States by, such vessel, liable to forfeiture, or so as to render such vessel liable to a fine or penalty and if necessary to secure such fine or penalty, such vessel or such merchandise, or both, shall be seized.

4. USCG law enforcement officers conducting operations wear a USCG uniform, a utility belt that secures their firearm along with other use of force tools and gear, and body armor labeled on the front and back identifying the officer as a member of USCG.

5. On October 26, 2019, during a routine search and rescue operation (hereinafter, "SAR"), USCG boarding team members escorted an Emergency Medical Service (hereinafter, "EMS") vessel to the 15th Street Boat Ramp in Fort Lauderdale, Florida. The EMS vessel had a Diver who needed to be transported to the hospital as the Diver was exhibiting signs of the bends or decompression sickness. Once at the 15th Street Boat Ramp, USCG Petty Officer Juan Gonzalez, a USCG law enforcement officer dressed as described in paragraph 4, noticed Patrick LANIER impeding EMS personnel's rescue efforts by touching the stretcher and blocking their path as they attempted to move the Diver from the emergency vessel to a fire truck. EMS personnel had to maneuver the Diver around LANIER. LANIER had no relationship to the Diver. Petty Officer Gonzalez approached LANIER to address the situation so EMS could continue with their official

duties. After the interaction with LANIER, Petty Officer Gonzalez proceeded to the Dive boat to assist in the post SAR boarding. LANIER followed Petty Officer Gonzalez who told LANIER to leave but LANIER did not comply. LANIER got closer to Petty Officer Gonzalez at which point Petty Officer Gonzalez extended one of his hands towards LANIER to prevent LANIER from getting any closer. LANIER then attempted to grab the front part of Petty Officer Gonzalez's body armor with one hand and then grabbed the firearm with the other hand. Petty Officer Gonzalez used a modified take down to prevent LANIER from taking his firearm and LANIER was placed in handcuffs. LANIER proceeded to tell the USCG law enforcement officers, "If I would have grabbed the gun, I would kill all of you," "I'm going to fucking kill you," and "I'm going to rape you guys," among other threats. CGIS Agents arrived on scene and interviewed Petty Officer Gonzalez and the other USCG law enforcement officers on scene. CGIS Agents, wearing body armor marked with the words "Federal Agent" and "CGIS," then approached LANIER and conducted a search incident to arrest. LANIER was advised he was being arrested for assaulting a Federal Officer and was placed in the back seat of a CGIS vehicle. At one point, your affiant asked LANIER "Are you doing alright?" He responded in the affirmative then said, "If I take your gun, I will kill you too." Your affiant then told him "anything you say can and will be used against you in a court of law." He interrupted saying, "I know my rights." Your affiant then advised LANIER, "I recommend you stop talking."

      6.     CGIS Agents interviewed a civilian witness to the assault. The witness stated he was present during the entire incident and heard LANIER yelling, "talking crap the whole time," and saw LANIER get into the officer's face. The witness advised LANIER put his hands on the officer and the officer gave him a warning. LANIER then touched the officer again and that's when the officer took him down. The witness knows LANIER as "Patrick."

7. Based on the foregoing facts, I submit that probable cause exists that on October 26, 2019, in Broward County, in the Southern District of Florida, Patrick Adam LANIER, assaulted and intimidated USCG law enforcement officer Gonzalez as well as made direct threats to intimidate a CGIS Special Agent, which conduct involved physical contact with the victim or the intent to commit another felony in direct violation of Title 18 United States Code, Section 111.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Samantha Whitacre, Special Agent
U.S. Coast Guard Investigative Service

Subscribed and sworn to before me this ____ day of October 2019.

*[signature]*
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

4